■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE CULP, Appellant. [46 NYS3d 787]—Judgments, Supreme Court, New York County (Edward McLaughlin, J.), rendered February 9, 2015, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the

sentence. Concur—Richter, J.P., Manzanet-Daniels, Gische, Webber and Kahn, JJ.